UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 06cr1906-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER EXONERATING |
| **JORGE CASTRO,** | ) | CASH BOND |
| Defendant. | ) | |

**GOOD CAUSE APPEARING,** the defendant having met the conditions of bond, having been sentenced in the above-captioned case, and the bond having been previously ordered exonerated on oral motion by the Honorable Barry Ted Moskowitz,

**IT IS HEREBY ORDERED** that the cash bond in the amount of $25,000 posted and filed on behalf of the defendant, Jorge Castro, in the above-captioned case be exonerated. It is further ordered that the Clerk release $25,000 plus interest, from the interest bearing account in the above-captioned case to Gloria Castro, 803 E. Calle de Oro, Calexico, CA 92231.

**IT IS SO ORDERED.**

DATED: May 25, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1